> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: __3/18/2024__
>
> /s/ Sarah Evans Barker
>
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

MICHAEL TAYLOR, )
  )
    Plaintiff, )
v. ) CASE NO. 4:23-cv-00143-SEB-KMB
  )
KENCO LOGISTICS SERVICES, LLC, )
  )
    Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michael Taylor, and Defendant, Kenco Logistic Services, LLC, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff, pursuant to Federal Rule of Civil Procedure 41, with each party to bear his/its own attorneys' fees and costs.

MICHAEL TAYLOR                                        MICHELIN NORTH AMERICA, INC.

*/s/ Sarah E. Guffey* (*with permission*)   */s/ Michael W. Padgett*
Sarah E. Guffey                                              Michael W. Padgett
BIESECKER DUTKANYCH AND MACER     JACKSON LEWIS P.C.
144 North Delaware Street                          211 North Pennsylvania Street
Indianapolis, IN 46802                                 Suite 1700
sguffey@bdlegal.com                                  Indianapolis, IN 46204
                                                                     michael.padgett@jackosnlewis.com

*Attorney for Plaintiff*                                *Attorney for Defendant*

4861-9272-1318, v. 1